# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-212 |
| | ) | |
| REGINA COCHRAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Motion to Stay filed by the plaintiff. For good cause shown, it is hereby **ORDERED** that this action be stayed for thirty (30) days pending finalization of the parties' settlement agreement. If no settlement agreement and consent judgment is submitted during this time, the parties shall submit a Joint Status Report within seven (7) days of the end of the stay.

**SO ORDERED,** this 20th day of December, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA