

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,      )
                                 )
      Plaintiff,           )
                                 )
v.                              )     CASE NO. CV416-212
                                 )
REGINA A. COCHRAN,         )
                                 )
      Defendant.          )

## O R D E R

Before the Court is the parties' Settlement Agreement (Doc. 12), to which the parties have attached a proposed Consent Judgment (Doc. 12, Attach. 1.) The Court construes the Settlement Agreement as a Motion to Approve Consent Judgment. After careful consideration and while noting the agreement of all parties, the proposed Consent Judgment is **APPROVED** and **ADOPTED** as the order of this Court with one exception. The Court **DECLINES** to retain jurisdiction of this matter in order to enforce the terms of the Settlement Agreement and Consent Judgment. Accordingly, the Clerk of Court is **DIRECTED** to enter final judgment in accordance with the terms of the parties' proposed Consent Judgment (Doc. 12, Attach. 1) with the noted exception, and close this case.

SO ORDERED this __9th__ day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA